■ CYNTHIA L. LEAR, as Co-administratrix of the Estate of HAROLD L. BALDWIN, Deceased, Appellant, v GENESEE MEMORIAL HOSPITAL, Respondent, et al., Defendants. GENESEE MEMORIAL HOSPITAL, Third-Party Plaintiff-Respondent, v OMAR KHOKAR, M.D., Third-Party Defendant. (Appeal No. 2.) [748 NYS2d 126] —Appeal from an order of Supreme Court, Erie County (Mintz, J.), entered May 4, 2001, which, inter alia, denied plaintiff's motion to dismiss the third-party action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated at Supreme Court, Erie County, Mintz, J. Present—Green, J.P., Hayes, Hurlbutt, Gorski and Lawton, JJ.